Solomon Silberstein and Others v. Harry Blum and Others.— Application granted.  Order signed.  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Slawson & Hobbs v. Anna T. Aspel.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Gustav Gerber v. The State Bank.— Application granted.  Order signed.  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Peter Newman v. Charles T. Streeter and Others.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Jacob Granat v. Harry J. Mendetz and Others.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Jacob Corday v. Louis Weiss and Others.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham. P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Sandhop Contracting Company v. John White and Others.— Application denied, with ten dollars costs.  Order signed.  Motion for stay denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.